

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00058-CV

**Ezy-Lift of California, Inc. and Eagle Electronics, Inc.**

v.

**Ezy Acquisition, LLC d/b/a Ezy Lift**

NO. 1070596 IN THE 270TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 05/02/2014 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/13/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/08/2013 | E-PAID | APE |
| MT FEE | $15.00 | 10/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/02/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 10/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/19/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/22/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/08/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/06/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/06/2013 | E-PAID | APE |
| MT FEE | $10.00 | 04/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 03/28/2013 | E-PAID | ANT |
| REPORTER'S RECORD | $2,000.00 | 02/28/2013 | PAID | ANT |
| REPORTER'S RECORD | $3,186.30 | 02/21/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/08/2013 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 02/06/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 02/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/04/2013 | E-PAID | APE |
| CLERK'S RECORD | $1,004.00 | 02/01/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/23/2013 | E-PAID | ANT |
| FILING | $175.00 | 01/23/2013 | PAID | ANT |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $6,515.30.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 1, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**